IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. ANDERER, CARLOS AGOSTA-RIVERA, JAMES AMBROSE, JR., JOSEPH APONTE, ELVIN AVILES-MENDEZ,  CHRISTINE BAILEY, MELISSA BAIR, TYRONE BLUME, JOHN CLINGER, SANDRA COATES, MARY COSTELLO, PETER CUTHBERT, THOMAS L. DEACON, KEVIN DEPREFONTAINE, VALERIE FORD, MARK GERASIM, MONICA GRAY, LARRY GROFF, RAFAEL GUZMAN, JANICE HARMES, MERVIN HIGH, MICHAEL HOLLINGSWORTH, GLENN JACOBSON, JENNIFER JONES, RICHARD KELLUM, ELSIE KORTH, JOHN LENTZ, JOHN LUCAS, CARMEN MALDANADO, BLAINE MCCAMANT, MEREDITH MCHARG, CANDI MEDINA, JOSE MEDINA, JEFFREY MERRITT, ROBERT MEYERS, AISSA MILLS, DOUGLAS J. MOECKEL, KENNETH MOULTRIE, EDWARD NATAL, MILDRED OGUENDO, DORIS PEREZ, JOSEPH PEREZ-FELICIANO, NORBERTO PEREZ-FELICIANO, GLADIXA PEREZ- SERRANO, JEFFERY RUTH, DONALD SHAUB, MONICA WHITEHEAD, ROBERT ZERN, IRVIN ZINK and RED ROSE TRANSIT AUTHORITY | NO. 08-CV-4721  CIVIL ACTION |

                                        Plaintiffs

                    v.

MODEL MANAGEMENT SERVICES,
INC., d/b/a FRIENDLY
TRANSPORTATION, TIMOTHY
SCHWARTZ, JOHN SCHWARTZ, PRO
DRIVERS, INC., ELIZABETH A.
SCHWARTZ, and MARTHA H.
SCHWARTZ

                                        Defendants

APPEARANCES:

>SUSAN R. FRIEDMAN, ESQUIRE
>JOSEPH P. HOFMANN, ESQUIRE
>>On behalf of Red Rose Transit Authority

>KIRK L. WOLGEMUTH, ESQUIRE
>>On behalf of Individual Plaintiffs

>THERESA A. MONGIOVI, ESQUIRE
>>On behalf of Defendants

## **CONSENT DECREE**

NOW, THIS _____ day of _____, 2009, upon consideration of a Motion to Add Additional Plaintiffs and for Approval of Settlement, the Motion is GRANTED.  It is hereby ORDERED as follows:

The Individual Plaintiffs, Carlos Agosta-Rivera, James Ambrose, Jr., Glenn Jacobson, Aissa Mills, and Kenneth Moultrie, are hereby added to this action and the caption shall be amended to reflect this change;

IT IS FURTHER ORDERED that each individual Agreement and General Release of Claims entered into between Carlos Agosta-Rivera, Michael J. Anderer, James Ambrose, Jr., Elvin Aviles-Mendez, Christine Bailey, Melissa Bair, Tyrone Blume, John Clinger, Sandra Coates, Mary Costello, Peter Cuthbert, Thomas Deacon, Kevin Deprefontaine, Valerie Ford, Mark Gerasim, Monica Gray, Larry Groff, Rafael Guzman, Janice Harmes, Mervin High, Michael Hollingsworth, Glenn Jacobson, Jennifer Jones, Richard Kellum, Elsie Korth, John Lentz, John Lucas, Carmen Maldanado, Blaine McCamant, Meredith McHarg, Candi Medina, Jose Medina, Jeffrey Merritt, Robert Meyers, Aissa Mills, Douglas Moeckel, Kenneth Moultrie, Edward Natal, Mildred Oquendo, Doris Perez, Joseph

Perez-Feliciano, Norberto Perez-Feliciano, Gladixa Perez-Serrano, Jeffery Ruth, Donald Shaub, Monica Whitehead, Robert Zern, Irvin Zink and Defendants Model Management Services, Inc., d/b/a Friendly Transportation, Timothy Schwartz, John Schwartz, Jr., Pro Drivers, Inc., Elizabeth A. Schwartz, and Martha H. Schwartz is APPROVED.  It is ORDERED that the terms of each individual Agreement and General Release including the waiver of all claims under the Fair Labor Standards Act (FLSA) is hereby APPROVED;

IT IS FURTHER ORDERED, that the terms of each Agreement and General Release of Claims reflect negotiated terms and a reasonable resolution of a bona fide dispute over FLSA provisions;

IT IS FURTHER ORDERED that the above action filed by each Plaintiff identified in this Order is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____

Paul S. Diamond
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. ANDERER, CARLOS AGOSTA-RIVERA, JAMES AMBROSE, JR., JOSEPH APONTE, ELVIN AVILES-MENDEZ,  CHRISTINE BAILEY, MELISSA BAIR, TYRONE BLUME, JOHN CLINGER, SANDRA COATES, MARY COSTELLO, PETER CUTHBERT, THOMAS L. DEACON, KEVIN DEPREFONTAINE, VALERIE FORD, MARK GERASIM, MONICA GRAY, LARRY GROFF, RAFAEL GUZMAN, JANICE HARMES, MERVIN HIGH, MICHAEL HOLLINGSWORTH, GLENN JACOBSON, JENNIFER JONES, RICHARD KELLUM, ELSIE KORTH, JOHN LENTZ, JOHN LUCAS, CARMEN MALDANADO, BLAINE MCCAMANT, MEREDITH MCHARG, CANDI MEDINA, JOSE MEDINA, JEFFREY MERRITT, ROBERT MEYERS, AISSA MILLS, DOUGLAS J. MOECKEL, KENNETH MOULTRIE, EDWARD NATAL, MILDRED OGUENDO, DORIS PEREZ, JOSEPH PEREZ-FELICIANO, NORBERTO PEREZ-FELICIANO, GLADIXA PEREZ- SERRANO, JEFFERY RUTH, DONALD SHAUB, MONICA WHITEHEAD, ROBERT ZERN, IRVIN ZINK and RED ROSE TRANSIT AUTHORITY | NO. 08-CV-4721 CIVIL ACTION |
|                             Plaintiffs | |
| v. | |
| MODEL MANAGEMENT SERVICES, INC., d/b/a FRIENDLY TRANSPORTATION, TIMOTHY SCHWARTZ, JOHN SCHWARTZ, PRO DRIVERS, INC., ELIZABETH A. SCHWARTZ, and MARTHA H. SCHWARTZ | |
|                             Defendants | |

APPEARANCES:

SUSAN R. FRIEDMAN, ESQUIRE
JOSEPH P. HOFMANN, ESQUIRE
        On behalf of Red Rose Transit Authority

KIRK L. WOLGEMUTH, ESQUIRE
        On behalf of Individual Plaintiffs

THERESA A. MONGIOVI, ESQUIRE
        On behalf of Defendants

<u>**MOTION TO ADD ADDITIONAL PLAINTIFFS
AND FOR APPROVAL OF SETTLEMENT**</u>

Model Management Services, Inc. t/d/b/a Friendly Transportation, Timothy Schwartz,

John Schwartz, Pro Drivers, Inc., Elizabeth A. Schwartz, and Martha H. Schwartz,

("Defendants"), by and through its attorneys, Theresa A. Mongiovi, and Blakinger, Byler &

Thomas, P.C., and avers as follows:

1.       Plaintiffs filed an action in this Court alleging claims sounding in breach of

various contracts between Model Management Services, Inc. and Red Rose Transit Authority,

violations of the Pennsylvania Wage Payment and Collection Law, Pennsylvania Minimum

Wage Act, and the Fair Labor Standards Act.

2.       Defendants filed an Answer and Counterclaim disputing the claims and denying

that it has engaged in any illegal conduct toward Plaintiffs.

3.       On February 26, 2009, the parties entered into a Memorandum of Understanding

whereby it was envisioned that the parties would enter into independent general releases which

would ultimately be approved by a Consent Decree.  A true and correct copy of the

Memorandum of Understanding is attached hereto as "Exhibit A."

2

4.      Since the parties entered into the Memorandum of Understanding, the parties have agreed to add five (5) additional Plaintiffs as parties to this action: Carlos Agosta-Rivera, James Ambrose, Jr., Glenn Jacobson, Aissa Mills, and Kenneth Moultrie.

5.      The parties are requesting that these individuals be made formal parties to the action and that the caption of this case be amended to include these individuals.

6.      Each individual Plaintiff, except for Joseph Aponte, has entered into an individual Agreement and General Release of Claims including a waiver of all claims under the Fair Labor Standards Act.

7.      Defendants seek approval of this Court for each Agreement and General Release.

8.      Defendants are requesting that pursuant to each Agreement and General Release, the actions filed by each Plaintiff, except for Joseph Aponte, be dismissed with prejudice

9.      All counsel for these parties have consented to this Motion.

10.     The parties are requesting that this Court enter an Order:

        A.      Approving the addition of individual Plaintiffs: Carlos Augsto-Rivera, James Ambrose, Jr., Glenn Jacobson, Aissa Mills, and Kenneth Moultrie and ordering that the caption shall be amended to include these individual Plaintiffs;

        B.      Approving each individual Agreement and General Release including the wavier of all claims under the Fair Labor Standards Act for the following individual Plaintiffs: Carlos Agosta-Rivera, Michael J. Anderer, James Ambrose, Jr., Elvin Aviles-Mendez, Christine Bailey, Melissa Bair, Tyrone Blume, John Clinger, Sandra Coates, Mary Costello, Peter Cuthbert, Thomas Deacon, Kevin Deprefontaine, Valerie Ford, Mark Gerasim, Monica Gray, Larry Groff, Rafael Guzman, Janice Harmes, Mervin High, Michael Hollingsworth, Glenn

3

Jacobson, Jennifer Jones, Richard Kellum, Elsie Korth, John Lentz, John Lucas, Carmen

Maldanado, Blaine McCamant, Meredith McHarg, Candi Medina, Jose Medina, Jeffrey Merritt,

Robert Meyers, Aissa Mills, Douglas Moeckel, Kenneth Moultrie, Edward Natal, Mildred

Oquendo, Doris Perez, Joseph Perez-Feliciano, Norberto Perez-Feliciano, Gladixa Perez-

Serrano, Jeffery Ruth, Donald Shaub, Monica Whitehead, Robert Zern, Irvin Zink;

          C.     Ordering that the above actions filed by the individual Plaintiffs identified

in Subparagraph C be dismissed with prejudice;


                        BLAKINGER, BYLER & THOMAS, P.C.


                        /s/ Theresa A. Mongiovi
                        Theresa A. Mongiovi, Esquire
                        Attorney I.D. #80233
                        28 Penn Square
Dated: 6/17/09               Lancaster, PA 17603
                        (717) 509-7230 telephone
                        (717) 299-9529 facsimile
                        Email: tam@bbt-law.com
                        Attorneys for Defendants


#520475.1/27232.002

4

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have served the Motion to Add Additional Plaintiffs and for Approval of Settlement by electronic service:

Susan R. Friedman, Esquire
Stevens & Lee, P.C.
51 South Duke Street
Lancaster, PA 17602

Kirk L. Wolgemuth, Esquire
Devine Law Office
115 East King Street, Suite 300
Lancaster, PA 17602


**_BLAKINGER, BYLER & THOMAS, P.C._**


/s/ Theresa A. Mongiovi

Dated: 6/17/09

Theresa A. Mongiovi, Esquire
Attorney I.D. 380233
28 Penn Square
Lancaster, PA 17603
(717) 509-7230 telephone
(717) 299-9529 facsimile
Email: tam@bbt-law.com
Attorneys for Defendants