IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. ANDERER, CARLOS AGOSTA-RIVERA, JAMES AMBROSE, JR., JOSEPH APONTE, ELVIN AVILES-MENDEZ, CHRISTINE BAILEY, MELISSA BAIR, TYRONE BLUME, PATRICK CHERY, JOSEPH CLARK, JOHN CLINGER, SANDRA COATES, MARY COSTELLO, PETER CUTHBERT, THOMAS L. DEACON, KEVIN DEPREFONTAINE, VALERIE FORD, MARK GERASIM, MONICA GRAY, LARRY GROFF, RAFAEL GUZMAN, JANICE HARMES, MERVIN HIGH, MICHAEL HOLLINGSWORTH, GLENN JACOBSON, JENNIFER JONES, RICHARD KELLUM, ELSIE KORTH, JOHN LENTZ, JOHN LUCAS, CARMEN MALDANADO, BLAINE MCCAMANT, MEREDITH MCHARG, CANDI MEDINA, JOSE MEDINA, JEFFREY MERRITT, ROBERT MEYERS, AISSA MILLS, DOUGLAS J. MOECKEL, KENNETH MOULTRIE, EDWARD NATAL, MILDRED OGUENDO, DORIS PEREZ, JOSEPH PEREZ-FELICIANO, NORBERTO PEREZ-FELICIANO, GLADIXA PEREZ-SERRANO, JEFFERY RUTH, DONALD SHAUB, MONICA WHITEHEAD, MOSZELL WILLIAMS, ROBERT ZERN, IRVIN ZINK and RED ROSE TRANSIT AUTHORITY<br>                                Plaintiffs<br><br>                                v.<br><br>MODEL MANAGEMENT SERVICES, INC., d/b/a FRIENDLY TRANSPORTATION, TIMOTHY SCHWARTZ, JOHN SCHWARTZ, PRO DRIVERS, INC., ELIZABETH A. SCHWARTZ, and MARTHA H. SCHWARTZ<br>                                Defendants | NO. 08-CV-4721<br><br>CIVIL ACTION |

**ORDER**

AND NOW, this 2nd day of July, 2009, upon consideration of Defendants' Motion to Add Additional Plaintiffs and for Approval of Settlement (Doc. Nos. 35, 37), and as discussed during today's on the record hearing and teleconference, it is **ORDERED** the Motion is **GRANTED** as follows:

1. The Individual Plaintiffs, Carlos Agosta-Rivera, James Ambrose, Jr., Patrick Chery, Joseph Clark, Glenn Jacobson, Aissa Mills, Kenneth Moultrie, and Moszell Williams are hereby added to this action and the caption shall be amended to reflect this change.

2. The terms of each Agreement and General Release of Claims reflect negotiated terms and a reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions. Accordingly, the terms of each individual Agreement and General Release, including the waiver of all claims under the Fair Labor Standards Act, are hereby **APPROVED**. Each individual Agreement and General Release of Claims entered into between Plaintiffs Carlos Agosta-Rivera, Michael J. Anderer, James Ambrose, Jr., Joseph Aponte, Elvin Aviles-Mendez, Christine Bailey, Melissa Bair, Tyrone Blume, Patrick Chery, Joseph Clark, John Clinger, Sandra Coates, Mary Costello, Peter Cuthbert, Thomas Deacon, Kevin Deprefontaine, Valerie Ford, Mark Gerasim, Monica Gray, Larry Groff, Rafael Guzman, Janice Harmes, Mervin High, Michael Hollingsworth, Glenn Jacobson, Jennifer Jones, Richard Kellum, Elsie Korth, John Lentz, John Lucas, Carmen Maldanado, Blaine McCamant, Meredith

      McHarg, Candi Medina, Jose Medina, Jeffrey Merritt, Robert Meyers, Aissa Mills, Douglas Moeckel, Kenneth Moultrie, Edward Natal, Mildred Oquendo, Doris Perez, Joseph Perez-Feliciano, Norberto Perez-Feliciano, Gladixa Perez-Serrano, Jeffery Ruth, Donald Shaub, Monica Whitehead, Moszell Williams, Robert Zern, Irvin Zink and Defendants Model Management Services, Inc., d/b/a Friendly Transportation, Timothy Schwartz, John Schwartz, Jr., Pro Drivers, Inc., Elizabeth A. Schwartz, and Martha H. Schwartz is hereby **APPROVED**.

3.     The above action filed by each Plaintiff identified in this Order is **DISMISSED with prejudice** pursuant to Local Rule 41.1(b).

4.     The Clerk of Court shall close this case for statistical purposes.

                            AND IT IS SO ORDERED.


                            *s/ Paul S. Diamond*

                            **Paul S. Diamond, J.**